1024

[No. 63128-4-I. Division One. December 7, 2009.]

MYKHAYLO STEFANKIV ET AL., *Appellants*, v. BERN KEO ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-04296-9, Eric Z. Lucas, J., entered February 12, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Ellington, JJ.

[No. 63377-5-I. Division One. December 7, 2009.]

*In the Matter of the Marriage of* NANCY QUINN HOWELL, *Respondent*, and GEORGE WILLIAM HOWELL, *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 94-3-05030-8, John O. Linde, J., entered April 3, 2009. *Reversed* by unpublished opinion per Becker, J., concurred in by Schindler, C.J., and Grosse, J.

[No. 36312-7-II. Division Two. December 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK ARTHUR PICCOLO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-03870-7, D. Gary Steiner, J., entered May 11, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Hunt, JJ.

[No. 37321-1-II. Division Two. December 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT WAYNE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-03345-1, Thomas P. Larkin, J., entered January 4, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Hunt, J.